UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 17-7530-MWF(MRWx)** Dated: **December 27, 2017**

Title: Tapatio Foods, LLC -v- Ingrid Veronica Ponce, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

None Present None Present

PROCEEDINGS (IN CHAMBERS): ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT

In light of the Default By Clerk as to Mario Mendizabal entered on December 22, 2017, the Court sets a hearing for Order To Show Cause Re Default Judgment on **January 22, 2018** at **11:30 a.m.**, and CONTINUES the Order to Show Cause re Default Judgment as to defendants Dorian Huerta and Ingrid Veronica Ponce to the same date. *If a Motion for Default Judgment is filed prior to this hearing, the hearing will be vacated, and the Order To Show Cause discharged.*

IT IS SO ORDERED.