UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 17-7530-MWF(MRWx)**                          Dated: **February 26, 2018**

Title:     Tapatio Foods, LLC -v- Ingrid Veronica Ponce, et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Steven A. Wilson                        Ingrid Veronica Ponce
                                        Pro Se

**PROCEEDINGS:     MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS INGRID VERONICA PONCE, MARIO MENDIZABAL, AND DORIAN HUERTA; MOTION FOR PERMANENT INJUNCTION [27]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

:08 min