UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-7530-MWF(MRWx)**                                 Dated: **April 16, 2018**

Title:     Tapatio Foods, LLC -*v*- Ingrid Veronica Ponce, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

           Rita Sanchez                        Amy Diaz
           Courtroom Deputy                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

           Steven A. Wilson                    Ingrid Veronica Ponce
                                               Pro Se

**PROCEEDINGS:      MOTION FOR DEFAULT JUDGMENT AGAINST
                    DEFENDANT INGRID VERONICA PONCE [36]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and defendant. An final order will issue.

Initials of Deputy Clerk   rs
-1-                                            :03 min