JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPATIO FOODS, LLC, a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>INGRID VERONICA PONCE; MARIO MENDIZABAL; DORIAN HUERTA, Individuals , and TCG INDUSTRIES, LLC d/b/a PAYASO GROW, a California Limited Liability Company,<br><br>　　　　　Defendants. | Case No. CV-17-07530-MWF (MRWx)<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT INGRID VERONICA PONCE** |

　　　The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiff's Second Motion for Entry of Default Judgment against Defendant Ingrid Veronica Ponce (Docket No. 36).

　　　Defendant Ponce wasserved with process, failed to plead or otherwise defend this action and her default was entered on March 14, 2018. Plaintiff Tapatio Foods, LLC, then moved for entry of default judgment against Defendant Ponce.

1

Having considered Plaintiff's motion and supporting papers, good cause being shown, and pursuant to Rules 54(a), 55(b)(2), 58(a), and 65(d) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Defendant Ingrid Veronica Ponce, and her partners, officers, agents, servants, employees, attorneys, subsidiaries, and successors-in-interest that receive actual notice of this Order, by personal service or otherwise, are hereby **PERMANENTLY ENJOINED**, effective immediately, from the following:

   A. using or adopting for any product or service, or in any marketing material:

   (1) the trademark containing the words Tapatio, Trapatio, or any marks confusingly similar to Tapatio;

   (2) the Trapatio Salsa Picante design and mark;

   (3) the Trapatio mark; or

   (4) any trademark that bears an image of a Charro (meaning a traditional horseman from Mexico); and

   B. telling any customer, vendor, distributor or other person or business that they are in any way related to or affiliated with Tapatio.

2. **IT IS HEREBY FURTHER ORDERED** that Defendant Ingrid Veronica Ponce, after actual notice of this Default Judgment and Permanent Injunction through personal service or otherwise, shall perform all of the following:

    A.    recall and destroy any of her marketing material, letterhead, business cards, signs, banners, clothing, or other media whether physical or digital bearing the trademarks identified above; and

    B.    change any username under her control for all social media and email accounts to one that does not contain the words "Trapatio" and/or "Tapatio" or any marks confusingly similar to Tapatio.

Dated: April 16, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge

3